IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JEFFREY S. CLEGG,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:14cv1200-MHT
                             )          (WO)
SIBLEY G. REYNOLDS,          )
                             )
     Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that Elmore County Circuit Court Judge Sibley G. Reynolds violated his right to due process by construing his habeas petition as a Rule 32 petition and transferring it to the circuit court in the county where he was convicted. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be

adopted, as plaintiff's claim cannot proceed under 42 U.S.C. § 1983.

An appropriate judgment will be entered.

DONE, this the 12th day of March, 2015.

                                 /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE